UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPIN MYERS, | No. 2:20-cv-0153 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendant has failed to accommodate his disability.

By order dated December 11, 2020, the court granted plaintiff's motion for an extension of time to file an amended complaint. (ECF No. 12.) Plaintiff has now filed a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). (ECF No. 13.) However, the document was not signed. (See Id. at 2, 4.) The Federal Rules and the Local Rules require parties proceeding pro to sign their pleadings. Fed. R. Civ. P. 11; E.D. Cal. Local Rule 131. Accordingly, plaintiff will be directed to either file an amended complaint or submit a signed notice of voluntary dismissal.

////

////

////

1

IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order plaintiff shall either file an amended complaint or submit a signed notice of voluntary dismissal; and

2. The Clerk of the Court is directed to send plaintiff a copy of the notice of voluntary dismissal (ECF No. 13) along with this order.

Dated:  February 1, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/myer0153.vol.dism